In the Fourth Court Of Appeals

Fourth Court Of Appeals District

San Antonio Texas Bexar County

Maryann Castro

v.

Manuel Castro

Re: Court Of Appeals Number: 04-14-00785-CV

Trial Court Case 2011 –CI-15957

To Honorable Court Of Appeals

Judge LittleJohn

## MOTION OF DECLAIR A MISTRIAL

Appellant Maryann Castro is praying the Appeals Court will accept her motion of mistrial in the Trial Court case 2011- CI-15957.

In the Agreement for Final Divorce there is a significant amount of procedural error. And Misconduct that prevents a fair trial.

a. Counsel Joseph Appelt misconduct that prevents a fair trial Counsel was not honest in the Agreement for final divorce signed on Oct 30, 2013.

b. Counsel Joseph Appelt hid the Active Bankruptcy of his Client from Appellant MaryAnn Castro and the Court Appellee Manuel Castro on 10/30/13 motion for

automatic stay lift was not filed and still proceeded knowing under the bankruptcy trustee it was needed in order to proceed in the divorce and abused the law by not filling the motion.

c. Counsel Joseph Appelt hid that his client Appellee Manuel Castro was not paying the mortgage and had the Community that was awarded to Appellant Maryann Castro protected under the bankruptcy Court and Appellant Maryann Castro could not contact the bank or Communicate with the bank Appellee Manuel Castro removed her as contact person from the mortgage with the help of the mistress and until Appellant Manuel Castro paid the debt he hid from the trial court that he was not making any mortgage payments.

d. Counsel Joseph Appelt hid a martial asset Keogh plan pension and 99 subaru from Appellant Maryann Castro and filed in a motion for Appellee Manuel Castro to keep when Appellant Maryann Castro never gave up her rights to the martial asset he did not mention in the Agreement for Final divorce and is abusing Appellant Maryann Castro of her rights to her martial asset.

e. Counsel Joseph Appelt accepted from Appellee Manuel Castro his client Mistress the non-spouse Christina Pacheco who had a Comparative Market Analysis-realtors opinion prepared for Appellee Manuel Castro over value

the community at 351,000 and it says not to be used as an appraisal to Commit fraud on the Community at 125000

    f. Appellant Maryann Castro has the certified Appraisal the community is not worth 351,000 and there is no 40,000 in equity Counsel Joseph Appelt has continued to Abuse the law with his filings that are fraud and continues to abuse Appellant Maryann Castro by communicating with the judges instead of Communicating with Counsel and Appellant Maryann Castro prays for Justice.

Appellant Maryann Castro also Petition for Writ of Mandate

To return back to Trial Court due to Counsel Misconduct that prevents a fair trial and the significant amount of procedural error that has fraud on the Agreement for final divorce.

Appellant Maryann Castro prays for Appeals Court to approve the motion of mistrial and filing petition writ of mandate to return back to trial Court case before Judge Canales where Justice can be served in the Agreement for final divorce and Appellant Maryann Castro can get the Justice she is entitled to by law due to misconduct of Counsel Joseph Appelt and his client Appellee Manuel Castro and the Non Spouse mistress Christina Pacheco who all conspired to Commit fraud in the Agreement for final divorce.

In the Agreement it states Appellee Manuel Castro to prevent foreclosure Appellee Manuel Castro did nothing to

prevent foreclosure Appellee Manuel Castro Continued to pay Counsel Joseph Appelt to abuse the judicial system with his fraud filings in getting the copy of a agreement for final divorce filed knowing Appellant Maryann Castro and her Counsel were challenging due to fraud and abuse that prevented Appellant Maryann Castro from getting a fair trial.

Appellant Maryann Castro in the agreement for final divorce it says terms and extension regarding refinancing there was an active bankruptcy and Appellee Manuel Castro and Counsel Joseph Appelt hid that from Appellant Maryann Castro and the significant error of this misconduct that prevents a fair trial hiding the bankruptcy from Appellant Maryann Castro is a significant procedural error called fraud Appellee Manuel Castro and Counsel Joseph Appelt conspired to commit fraud by hiding the Active Bankruptcy and Counsel Joseph Appelt committed a legal malpractice against Appellant Maryann Castro in the Amount of 40,000 that is a civil rico act in a divorce proceeding.

Appellant Maryann Castro prays the Court of Appeals accepts her motion of mistrial so Appellant Maryann Castro can get a fair trial.

Respectfully

Maryann Castro pro se

1501 Olive 3/4/15

Jourdanton Texas 78026

Pacattitude2014@gmail.com

Date 3/6/2014

In the matter of
the marriage of
Manuel Castro
Petitioner

Mary Ann Castro
Non-Spouse Respondent

Tina Pacheco

AGREEMENT FOR Final Divorce

On the 30 day of October, 20 13, came on to be heard the above styled and numbered cause of action.

Petitioner and Respondent appeared in person and announced ready. After conference, the parties reached an agreement on the terms and conditions set forth below.

By the signatures below the parties acknowledge that this agreement expresses the entire understanding and accord of the parties in consent that the Court may, without further notice, enter binding orders in accordance with this agreement.

1. Grounds: Irreconsiable differences

2. Property Award   Petitioner Manuel Castro awarded 100% of his 401k resultant from employment by Johnson Controls and for consideration of his reduced equity as an offset in interest in property located at 1501 Olive Street, Jourdanton, Texas 78026. ② Awarded $40,000 in equity of the home located at 1501 Olive Street, Jourdanton, Texas at time of refinancing but no later than February 28, 2014 11:59 pm. ③ All personal property in his possession or subject to his control ④ Pictures + paper of father and books if any in Manual Castro likeness ^
Respondent Mary Ann Castro awarded the marital residence located at 1501 Olive Street, Jourdanton, Texas 78026 subject to $40,000 equity award to husband and any and all contents in home and her possession and subject to her control. ⑤ the animals in her possession.

3. Debts: Each party is responsible for the debts in their name.
- Each party pays town attorney fees + cost associated with this litigation. Mary Ann Castro is responsible for the mortgage + related expenses of the home awarded to her at 1501 Olive Street, Jourdanton, Texas 78026. Manuel Castro responsible for his bankruptcy payments

Page 1 of 2                    Parties/Attorneys Initials  MC  MAC
                                                            Petitioner  Respondent

continuation

other terms concerning 1501 Olive Street, Jourdanton, Texas 78026

(A) Mary Ann Castro shall use due diligence in attempting to have home refinanced by February 28, 2014, 11:59 pm.

If Mary Ann Castro is unable to refinance home or otherwise remove Manuel Castro's name of the mortgage of the home on Olive Street, Jourdanton, then she or any party may move to extend time to refinance upon Motion or assertion with the court for that extension of time. Mary Ann Castro need show due diligence.

(B) If Manuel Castro has to expend funds to prevent foreclosure, he shall be entitled to reimbursement of that cost from sale of the home. Manuel Castro authorized to do what he needs to prevent foreclosure of home without harming Mary Ann Castro interests.

(C) If the Olive Street home is unable to be refinanced by the designated period by the court, then the home shall be sold and $40,000 shall be awarded + paid to Manuel Castro and the balance of the proceeds shall be paid + awarded to Mary Ann Castro.

Only contested issue

Judge determined time for refinancing to February 28, 2014, 11:59 pm, and other terms regarding extention of time to do so.

MC

The parties retain their position and rights to assert any and all claims and or defenses pertaining to the lawsuit involving the mobile home w/ open the servicing.

Temporary/Permanent Injunction:
NO Alimony Awarded

All parties agree in good faith to cooperate, to execute all documents necessary to effectuate the desired intent and agreement of the parties. All parties further agree to not impede or otherwise interfere with Mary Ann Castro's attempts to refinance the home at 1501 Olive Street, Jourdanton, Texas 78026.

See Attachment A+B for other terms

SIGNED and ENTERED on this __30__ day of __October__ 20_13_

_____
JUDGE PRESIDING  Hon. David Canales

APPROVED AS TO FORM:

_____
Attorney for Petitioner  Joseph Appelt
TBN: 00794806

_____
Attorney for Respondent  TBN 05804750
M. Dinorah Diaz

APPROVED AS TO FORM AND SUBSTANCE:
(Please provide complete mailing address below.)

_____
Petitioner (signature)  Manuel Castro

_____
Non Spouse - Respondent
Tina Pacheco  Pro Se
625 Hrustal St  Pleasanton Tx 78014
Address

_____
Respondent (signature)  Mary Ann Castro

_____
City / State / Zipcode
830/ 570 - 5870
Telephone Number
If Respondent or Petitioner is unrepresented, always include a mailing address.